UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:26-cv-01593-SSS-E | Date | April 6, 2026 |
|---|---|---|---|
| Title | *Kristiyan Jamil Adib v. D. Marin et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER GRANTING EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [DKT. NO. 3]**

Before the Court is Petitioner Kristiyan Jamil Adib's Ex Parte Application for a Temporary Restraining Order ("TRO") and Preliminary Injunction.  [Dkt. No. 3, "Application" or "App."].  Respondents submitted a non-opposition on April 3, 2026.  [Dkt. No. 8, "Opposition" or "Opp."].  Having considered the parties' arguments, relevant legal authority, and record in this case, the Court **GRANTS** Petitioner's Application.

Petitioner Kristiyan Jamil Adib is a citizen and national of Iraq who is currently detained at Adelanto ICE Processing Center in California in the custody of the Department of Homeland Security.  [Dkt. No. 1, "Habeas Petition" at 2].

Prior to his immigration detention, Petitioner was involved in criminal proceedings at the San Diego County Superior Court.  On June 17, 2021, Petitioner plead guilty to a felony of possession of a firearm and assault with the intent to produce great bodily injury.  [Habeas Petition at 2].  While serving his sentence, Petitioner also plead guilty to the federal offense of being a felon in possession of a firearm, for which he was sentenced to 34 months to run concurrently with his other sentence.  [*Id.*].  Petitioner was later detained by Immigration and Customs

Enforcement ("ICE") on March 18, 2025.  [Habeas Petition at 2].  At that time, Petitioner was informed that he would be deported to Iraq pursuant to an administrative removal order.  [*Id.*].  Petitioner informed an ICE officer that he could not be returned to Iraq due to fears of torture.  [*Id.*].  Petitioner then sought relief through the immigration system.

Despite having an immigration officer making a finding of credible fear, an Immigration Judge ("IJ") ultimately denied his request for relief under the Convention Against Torture.  [Habeas Petition at 2].  On November 20, 2025, an IJ ordered that Petitioner be removed and designated Iraq as his country of removal. [*Id.*].

At this time, Petitioner has been in immigration detention since March 18, 2025 and seeks immediate release due to the federal Government's inability to show that there is a significant likelihood of his removal to Iraq anytime in the near future.  [Habeas Petition at 2].  Respondents indicate that they "are not presenting an opposition argument to Petitioner's claim."  [Dkt. No. 8 at 2].

Given the lack of opposition, the Court **GRANTS** Petitioner's Application for a TRO and Preliminary Injunction.  The Court **ORDERS** Respondents to release Petitioner from immigration detention forthwith.  Respondents are **ORDERED** to file a status report certifying compliance with the above order of release within three (3) days from the date of this Order.

The Court directs the parties to present all subsequent matters in this case to the Magistrate Judge.

**IT IS SO ORDERED.**