**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

KRISTIYAN JAMIL ADIB,

Petitioner,

v.

D. MARIN, et al.

Respondents.

Case No. 5:26-cv-01593-SSS-E

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which any objections have been made. Those objections are **OVERRULED**.

Accordingly, the Report and Recommendation is **ACCEPTED** and **ADOPTED.** The Petition is **GRANTED, IN PART**, as follows: (1) ICE's previous detention of Petitioner (A# 212-146-489) violated his federal rights; (2) Respondents are **ENJOINED** from again detaining Petitioner without complying with federal law; and (3) Respondents are **ENJOINED** from removing Petitioner to a third country without reasonable notice and an

opportunity to be heard before an immigration judge. A separate judgment will issue.

The Clerk is **DIRECTED** serve a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment on Petitioner and Respondents' counsel.

**IT IS SO ORDERED.**

DATED: July 21, 2026

SUNSHINE S. SYKES
United States District Judge