JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

KRISTIYAN JAMIL ADIB,

Petitioner,

v.

D. MARIN, et al.

Respondents.

Case No. 5:26-cv-01593-SSS-E

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, the Petition is **GRANTED, IN PART**.

DATED: July 21, 2026

SUNSHINE S. SYKES
United States District Judge